No. 490. HUDSON DISTRIBUTORS, INC., *v.* ELI LILLY & Co. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. *Myron N. Krotinger* and *Morton L. Stone* for appellant. *Louis S. Peirce* for appellee. ▮

No. 362. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* WEBB'S CITY, INC. District Court of Appeal of Florida, Second District. Certiorari granted. *Robert L. Carter* and *Richard Feder* for petitioners. *D. M. Patrick* for respondent. ▮

No. 481. VIKING THEATRE CORP. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL. C. A. 3d Cir. Certiorari granted. *Edward Bennett Williams, Harold Ungar* and *Henry W. Sawyer III* for petitioner. *Louis Nizer, W. Bradley Ward, Louis J. Goffman, Morris Wolf, Frederick W. R. Pride, Arthur Littleton* and *Edwin P. Rome* for respondents. ▮

No. 485. LOCAL 20, TEAMSTERS, CHAUFFEURS & HELPERS UNION *v.* MORTON, DOING BUSINESS AS LESTER MORTON TRUCKING Co. C. A. 6th Cir. Certiorari granted. *David Previant* and *David Leo Uelmen* for petitioner. *M. J. Stauffer* for respondent. ▮

No. 294. CLINTON *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari granted. *Calvin H. Childress* for petitioner. *Robert Y. Button*, Attorney General of Virginia, and *D. Gardiner Tyler*, Assistant Attorney General, for respondent. ▮